## Forma Pauperis

At this time the plaintiff does not have have any money in her account, and does not have an income. She has not recieved any expensive gifts in the past 5 years, does not have any assets, car, Real Estate, bank account, stocks or bonds, or any other means to generate money.

The plaintiff has no dependents, and has filed only 1 lawsuit, which she voluntarily dismissed when the defendents compromised.

Due to the plaintiffs' situation she respectfully requests that the court accept this motion, at least until she has had her rights restored.

2-13-06
Date

Terri Lee Meyer
Plaintiff

06 - 117

FILED

FEB 23 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE