2/13/06          06- 117

To The Clerk of the Court:

The plaintiff asks the Court to forgive her for this Complaint. Some of it was written in the dark. Due to the circumstances described in her Complaint, the Plaintiff did not have access to legal books, forms, cases or any other legal materials, and wrote this Complaint by what she could remember. Please look over the grammer, spelling, and any other mistakes. As soon as the plaintiff's rights are restored she will amend the complaint and correct any insufficiencies.

The plaintiff thinks that she is at risk for serious harm, and prays that the court acts on this, and responds as soon as possible.

Also, plaintiff has no way to make copies. If the Court attempts to mail her forms, there is a

Respectfully Submitted
Terri Meyer
Plaintiff

FILED
FEB 23 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE