# UNITED STATES DISTRICT COURT
# District of Delaware

Terri Lee MEYER
  plaintiff

vs

The Department
of Corrections,
Paul Howard et. al.

  Defendents

Civil action No. 06-117



FILED
FEB 23 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## Request for Appointment of Counsel

for the following reasons plaintiff requests Appointment of Counsel:

1. There's a strong likelyhood that the plaintiff is in immediate danger because of the extent the defendents

have gone to prevent Plaintiff from Filing a U.S.C. 1983 become more extensive over time.

2. The plaintiff is barred from the Law Library, and all of her documents and legal books have been confiscated.

3. All incoming/outcoming mail is being confiscated. (They deny this yet I've only recieved 1 letter in the past month)

4. Plaintiff is physically and mentally exhausted, and lives in constant fear. She does not have family here and needs someone to assure that she is treated fairly, and to watch out for her best interest. There would be less harm done to plaintiff if the defendents knew she had an attorney.

5. This case may involve extensive litigation and information gathering.

6. The plaintiff is indigent.

See back for ground 7

2-13-06

Juni Lee Meyer

7. The defendents are actively attempting to keep the plaintiff from doing any legal work. On 2-10-06 George O'Conner came to inmates room with an officer to confiscate any legal work or legal books. They found nothing. Another inmate (Tynese Atkins) informed them that I was doing legal work.

2-13-06

Tim Lee Meyer