3/1/06

Clerk of Court:  CA 06-117 SLR

Could you please let me know the status of the Habeus Corpus, 1983 Complaint, and Preliminary Injunction that was delivered to the Court House on 2/17/06. Is it possible to get a docket sheet? My circumstances have not changed. Some of my mail has been going through, so I'm hoping that when you send me this information, I will get it.

Sincerely,

Terri Meyer

Terri Meyer
660 Baylor Blv.
New Castle, DE
19720



RECEIVED MAR 16 2006 U.S. DISTRICT COURT DISTRICT OF DELAWARE

SCANNED



Terri Meyer
660 Baylor Blv.
New Castle, DE
19720

U.S. District Court
Caleb Boggs
Federal Building
844 N. King Street
Wilmington, DE 19801