OFFICE OF THE CLERK
### UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

March 17, 2006

TO: Terri Meyer
SBI #0371169
Baylor Women's Institution
660 Baylor Blvd.
New Castle, DE 19720

**RE: Request for Copy of Docket, CA 06-117 SLR**

Dear Ms. Meyer:

A letter has been received by the Clerk's office from you requesting a copy of the docket from the above noted civil action.

Please be advised that in accordance with the directive from the Judicial Conference of the United States the fee for copies (including docket sheets) is fifty ($.50) cents per page. **A copy of the docket is enclosed, free of charge for this request only. Should you require copies (including docket sheets) in the future,** please be aware of this fee requirement. Prepayment should be sent with your request, check or money order payable to Clerk, U.S. District Court.

Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/rbe

PETER T. DALLEO
CLERK

cc:   The Honorable Sue L. Robinson, CA 06-117 SLR

PaperDocuments

# U.S. District Court
## District of Delaware (Wilmington)
### CIVIL DOCKET FOR CASE #: 1:06-cv-00117-SLR
### Internal Use Only

Meyer v. Department of Corrections et al  
Assigned to: Honorable Sue L. Robinson  
Related Case: 1:03-cv-00778-SLR  
Cause: 42:1983 Prisoner Civil Rights  

Date Filed: 02/23/2006  
Jury Demand: Plaintiff  
Nature of Suit: 555 Prisoner: Prison Conditions  
Jurisdiction: Federal Question  

**Plaintiff**

**Terri Lee Meyer**              represented by **Terri Lee Meyer**  
SBI# 00371169  
WCI  
660 Baylor Blvd.  
New Castle, DE 19720  
PRO SE  

V.

**Defendant**

**Department of Corrections**

**Defendant**

**Paul Howard**  
*in his Individual and Official Capacity as Chief of D.O.C.*

**Defendant**

**Stanley Taylor**  
*in his individual capacity and official capacity as D.O.C. commissioner*

**Defendant**

**Patrick Ryan**  
*in his individual capacity and official capacity as Warden of BWCI*

**Defendant**

**WCI Supervisor George O'Connor**  
*in his individual and official capacity as the Law Library*

**Defendant**

**Colleen Shotzberger**
*in her individual and official capacity*
*as Treatment Services Administrator*

**Defendant**

**Capt. NFN Repetti**
*in his individual and official capacity as*
*a Captain at BWCI Shift Com.*

**Defendant**

**Correctional Medical Services**

**Defendant**

**Dr. Hooper**
*in his individual and official capacity as*
*administrator of C.M.S.*

**Defendant**

**Dr. NFN Jacovb**
*in his individual and official capacity as*
*B.W.C.I. Psychiatrist*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/23/2006 | 1 | MOTION for Leave to Proceed in forma pauperis - filed by Terri Lee Meyer. (mwm, ) (Entered: 02/24/2006) |
| 02/23/2006 | 2 | COMPLAINT filed pursuant to 42:1983 with Jury Demand against Colleen Shotzberger, NFN Repetti, Correctional Medical Services, Dr. Hooper, NFN Jacovb, Department of Corrections, Paul Howard, Stanley Taylor, Patrick Ryan, George O'Connor - filed by Terri Lee Meyer. (Attachments: # 1 Exhibit)(mwm, ) (Entered: 02/24/2006) |
| 02/23/2006 | 3 | Letter to Clerk from Terri Lee Meyer regarding enclosures and risk of serious harm. (mwm, ) (Entered: 02/24/2006) |
| 02/23/2006 | 4 | MOTION to Appoint Counsel - filed by Terri Lee Meyer. (mwm, ) (Entered: 02/24/2006) |
| 02/23/2006 | 5 | MOTION for Preliminary Injunction - filed by Terri Lee Meyer. (mwm, ) (Entered: 02/24/2006) |
| 02/23/2006 | 6 | MOTION to transfer inmate to unit 3 minimum security - filed by Terri Lee Meyer. (mwm, ) (Entered: 02/24/2006) |
| 02/23/2006 | 7 | Notice of Availability of a U.S. Magistrate Judge to Exercise Jurisdiction (mwm, ) (Entered: 02/24/2006) |
| 03/01/2006 |  | Case assigned to Judge Sue L. Robinson. Please include the initials of the Judge (SLR) after the case number on all documents filed. (rjb, ) (Entered: 03/01/2006) |

| 03/07/2006 | ●8 | ORDER granting Motion to Proceed IFP. Filing Fee of $250.00 Assessed. Plaintiff requested to submit Trust Fund Account Statement. Failure to submit items within 30 days will result in dismissal of action without prejudice. (Copy to pltf. with Mag. Consent Form) Notice of Compliance deadline set for 4/6/2006.. Signed by Judge Sue L. Robinson on 3/7/06. (fmt, ) (Entered: 03/07/2006) |
|---|---|---|

3/1/06

Clerk of Court:  CA 06-117 SLR

Could you please let me know the status of the Habeus Corpus, 1983 Complaint, and Preliminary Injunction that was delivered to the Court House on 2/17/06. Is it possible to get a docket sheet? My circumstances have not changed. Some of my mail has been going through, so I'm hoping that when you send me this information, I will get it.

Sincerely,

Terri Meyer

Terri Meyer
660 Baylor Blv.
New Castle, DE
19720



RECEIVED MAR 16 2006 U.S. DISTRICT COURT DISTRICT OF DELAWARE

SCANNED



Terri Meyer
660 Baylor Blv.
New Castle, DE
19720

U.S. District Court
Caleb Boggs
Federal Building
844 N. King Street
Wilmington, DE 19801