D.I. #_____

# CIVIL ACTION NUMBER: 06 CV117 SLR

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

**U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

06-117 SLR

Article Number: 7005 1820 0004 3169 5735

Postage: $2.79
Certified Fee: 2.40
Return Receipt Fee (Endorsement Required):
Restricted Delivery Fee (Endorsement Required):
Total Postage & Fees: $

Postmark: WILMINGTON DE RODNEY SQ. ST. USPS APR 18 2006

Sent To: Paul Howard
Street, Apt. No.; or PO Box No.: 245 McKee Road
City, State, ZIP+4: Dover, DE 19904

PS Form 3800, June 2002   See Reverse for Instructions

D.I. #_____

# CIVIL ACTION
# NUMBER: _____ 06cv117 SLR _____

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**   06-117-SLR
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ 2.79 |
| Certified Fee | 2.40 |
| Return Reciept Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 7.04 |

Postmark Here — APR 4 2006, WILMINGTON

Sent To: Carl Danberg, Atty General
Street, Apt. No.; or PO Box No.: 820 N. French Street
City, State, ZIP+4: Wilmington, DE 19801

PS Form 3800, June 2002    See Reverse for Instructions

7003 1680 0002 2586 5005

D.I. #_____

# CIVIL ACTION NUMBER: 06cv 117 SLR

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT** 06-117-8/2
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 2.79 |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: George O'Connor
Street, Apt. No.; or PO Box No. 660 Baylor Blvd
City, State, ZIP+4 NewCastle, DE 19720

7005 1820 0004 3169 5698

PS Form 3800, June 2002    See Reverse for Instructions

D.I. #_____

# CIVIL ACTION
# NUMBER: _____06 cv 117 SLR_____

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

```
U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT            06-117-SLR
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

Postage              $  2.79
Certified Fee           2.40
Return Receipt Fee       .85        Postmark Here
(Endorsement Required)
Restricted Delivery Fee
(Endorsement Required)

Total Postage & Fees $  7.04

Sent To: Captain NFN Repetti
Street, Apt. No.; or PO Box No.: 660 Baylor Blvd
City, State, ZIP+4: New Castle, DE 19720

PS Form 3800, June 2002            See Reverse for Instructions
```

Tracking: 7005 1820 0004 3169 5711

D.I. # _____

# CIVIL ACTION
# NUMBER: _____06 CV 117 SLR_____

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

```
U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT          06-117-SLR
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage                    $  2.79
Certified Fee                 2.40
Return Receipt Fee            1.85     Postmark
(Endorsement Required)                   Here
Restricted Delivery Fee
(Endorsement Required)

Total Postage & Fees       $  7.04

Sent To  Warden Patrick Ryan
Street, Apt. No.;
or PO Box No.  660 Baylor Blvd
City, State, ZIP+4
  New Castle, DE  19720

7005 1820 0004 3169 5681
PS Form 3800, June 2002           See Reverse for Instructions
```

D.I. #_____

# CIVIL ACTION
# NUMBER: _____06 CV 117 SLR_____

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

