# United States District Court

## For the District of Delaware

## Acknowledgement of Service Form
## For Service By Return Receipt

Civil Action No. _06-117 SLR_

Attached below is a return receipt card reflecting proof of service
upon the named party on the date show.

_06-117-SLR_

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) V-Dupree  C. Date of Delivery 4/5/6 |
| 1. Article Addressed to:<br><br>George O'Connor<br>BWCI<br>660 Baylor Boulevard<br>New Castle, DE 19720 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7005 1820 0004 3165 5698 |
| PS Form 3811, February 2004    Domestic Return Receipt | 102595-02-M-1540 |

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2006 APR -6  PM 4: 24