United States District Court

For the District of Delaware

## Acknowledgement of Service Form
## For Service By Return Receipt

Civil Action No. 06-117 SLR

Attached below is a return receipt card reflecting proof of service
upon the named party on the date show.

---

06-117-SLR

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  X _Teresa Graham_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name) _Teresa Graham_  C. Date of Delivery 4-5-06 |
| 1. Article Addressed to:<br><br>Paul Howard<br>245 McKee Road<br>Dover, DE 19904 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>   ☑ Certified Mail   ☐ Express Mail<br>   ☐ Registered      ☐ Return Receipt for Merchandise<br>   ☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7005 1820 0004 3169 5735 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

FILED 2006 APR -6 PM 4:24 CLERK U.S. DISTRICT COURT DISTRICT OF DELAWARE