4-4-06

To: Clerk of the Court;

Could you please send me some blank motion forms? I am still unconstitutionally barred from the Law Library. Also, I will need the forms used to serve the defendents. Thank you,

Sincerely,
Terri Lee Meyer


FILED
APR -7 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE



Teri Meyer
660 Boyden Blv.
New Castle, DE
19720

WILMINGTON DE 197
06 APR 2006 PM 3 T

U.S. District Court
Caleb Boggs Fed. Building
844 N. King Street
Wilmington, DE
19801