To: United States District Court, district of Delaware

Re: Terri Lee Meyer v. Taylor et.al   Time Enlargement for Statement of account / Forma Pauperis   Civ. No. 06-117-SLR

Plaintiff is requesting time enlargement in submitting a statement of her account for the following reasons:

1. On 3-9-06 the plaintiff, Terri Lee Meyer submitted a request to the W.C.I. business office for a statement of her account for the past 6 months.

2. Plaintiff explained in the request that she had until 4-6-06 to submit it to the Court.

3. On 4-3-06 the plaintiff asked her Unit Officer c/o Endres to call the business office to find out why she had not recieved it.

4. C/o Endres related to plaintiff that Ms. Lake in the business office said they were "working on it."

FILED APR -7 2006 U.S. DISTRICT COURT DISTRICT OF DELAWARE

As stated in her complaint, the plaintiff is having difficult getting prison official's cooperation. However, she will continue trying. Therefore, the plaintiff requests an extention of 30 days to submit her statement of account.

4/4/06

*Terri Lee May*

Return address:
Teri Meyer
660 Baylor Blv.
New Castle, DE
19720

Postmark: WILMINGTON DE 197
06 APR 2006 PM 3 T

Addressed to:
U.S. District Court
Caleb Boggs Fed. Building
844 N. King Street
Wilmington, DE
19801