To the United States District Court in The Plaintiff Terri Lee Meyers interest.

06-117

## DEPARTMENT OF Corrections
## CERTIFIED STATEMENT

I hereby certify that the plaintiff named herein has the sum of $ 3.10 on account to her credit at B.W.C.I where she is confined. Enclosed is a record of her account for the past 6 months.

4-4-06
Date

Evon Bake
Authorized Person

Account Tech.
title



FILED
APR 17 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Rd scanned

## Account Activity Ledger
From: 10/01/2005 To: 04/04/2006

Date : 04/04/2006
Time : 14:36

| Comment | Trx Date | Time | Batch /Inv # | Trx Type | Invoice | Deposit | Withdrawal | Balance Forward |
|---|---|---|---|---|---|---|---|---|
| ID 00371169 | Name MEYER, TERRI | | | Block 6 | | | Previous Balance | 30.64 |
| Sales Transaction | 10/04/2005 | 09:47 | I#75602 | I | 30.47 | | | 0.17 |
| COMM.CRDT.10/7 | 10/11/2005 | 11:08 | B#39276 | D | | 3.95 | | 4.12 |
| COMM.CRDT.10/14 | 10/17/2005 | 11:23 | B#39381 | D | | 0.70 | | 4.82 |
| PROCESSED.REC.VR.10/ | 10/28/2005 | 11:33 | B#39536 | D | | 50.00 | | 54.82 |
| WRKSTDY.PAY.10/28 | 10/28/2005 | 16:00 | B#39542 | D | | 30.00 | | 84.82 |
| COMM.STORE.10/28 | 10/31/2005 | 09:50 | B#39544 | W | | | -31.24 | 53.58 |
| HP.11/4 | 11/04/2005 | 13:31 | B#39636 | W | | | -10.84 | 42.74 |
| Sales Transaction | 11/08/2005 | 11:16 | I#76635 | I | 21.04 | | | 21.70 |
| PSTGE.FOR.PACKET.MAI | 11/08/2005 | 13:24 | B#39672 | W | | | -3.53 | 18.17 |
| Sales Transaction | 11/15/2005 | 10:18 | I#76813 | I | 16.72 | | | 1.45 |
| WRKSTDY.PAY.11/30 | 12/02/2005 | 15:08 | B#39973 | D | | 30.00 | | 31.45 |
| MEGA.KIT.COMMISSARY. | 12/05/2005 | 16:07 | B#40000 | W | | | -6.00 | 25.45 |
| HP.12/7 | 12/07/2005 | 19:19 | B#40070 | W | | | -5.75 | 19.70 |
| COMM.STORE.12/9 | 12/12/2005 | 14:40 | B#40092 | W | | | -18.68 | 1.02 |
| WRKSTDY.PAY.12/29 | 12/29/2005 | 18:16 | B#40320 | D | | 30.00 | | 31.02 |
| Sales Transaction | 01/03/2006 | 10:24 | I#78077 | I | 30.97 | | | 0.05 |
| WRKSTDY.PAY.1/06 | 02/09/2006 | 11:43 | B#40878 | D | | 30.00 | | 30.05 |
| Sales Transaction | 02/14/2006 | 11:14 | I#79301 | I | 29.41 | | | 0.64 |
| COMM.CRDT.2/17 | 02/21/2006 | 16:29 | B#41033 | D | | 1.35 | | 1.99 |
| PROCESSED.REC.2/17 | 02/23/2006 | 12:29 | B#41059 | D | | 50.00 | | 51.99 |
| Sales Transaction | 02/28/2006 | 11:10 | I#79665 | I | 23.38 | | | 28.61 |
| HP.3/7 | 03/07/2006 | 15:41 | B#41236 | W | | | -4.65 | 23.96 |
| Sales Transaction | 03/14/2006 | 16:16 | I#80051 | I | 10.83 | | | 13.13 |
| Sales Transaction | 03/28/2006 | 08:54 | I#80393 | I | 10.03 | | | 3.10 |

|  |  |  |  |
|---|---|---|---|
| Deposits | 9 | For $ | 226.00 |
| Withdraws | 7 | For $ | -80.69 |
| Invoices | 8 | For $ | 172.85 |

3-8-06

Ms. Brown,
   Could you please send me 2 certified statements of the past 6 months? I also need one for J.P. Court. My deadline to have it submitted is 4-7-06. Thank you very much.

Sincerely,
Terri Meyer
U6



Terri Meyer
660 Baylor Blv.
New Castle, De.
19720

U.S. District Ct
844 N. King St. L.B. 18
Wilmington, DE
19801 - 3570

