**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| TERRI LEE MEYERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-117-SLR |
| | ) | |
| DEPARTMENT OF CORRECTION, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

**ENTRY OF APPEARANCE**

PLEASE ENTER THE APPEARANCE of Deputy Attorney General Ophelia M. Waters on behalf of defendants Paul Howard, Stan Taylor, Patrick Ryan, George O'Connor and Captain Douglas Repetti . This Entry of Appearance shall not be considered a waiver of any jurisdictional defects or defects in service upon the defendants. The defendants specifically reserve the right to raise any jurisdictional, service or statute of limitations defenses which may be available.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Ophelia M. Waters
Ophelia M. Waters, I.D. #3879
Deputy Attorney General
820 North French Street, 6th Floor
Wilmington, Delaware 19801
(302)577-8400
ophelia.waters@state.de.us
Counsel for State Defendants

Dated: April 24, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2006, I electronically filed *Entry of Appearance* with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

Terri Lee Meyers, Inmate
SBI # 00371169
Baylor Women's Correctional Institution
660 Baylor Boulevard
New Castle, DE 19720

**STATE OF DELAWARE
DEPARTMENT OF JUSTICE**

/s/ Ophelia M. Waters
Ophelia M. Waters, I.D. #3879
Deputy Attorney General
820 North French Street, 6th Floor
Wilmington, Delaware 19801
(302)577-8400
ophelia.waters@state.de.us