OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

April 24, 2006

TO: Terri Lee Meyer
SBI# 00371169
WCI
660 Baylor Blvd.
New Castle, DE 19720

*RE: Response Letter; 06-117(SLR)*

Dear Ms. Meyer:

This office received a letter from you requesting motion forms and USM 285 forms. Please be advised that we do not provide motion forms and the request for USM 285's is premature.

I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/bad

PETER T. DALLEO
CLERK

cc: The Honorable Sue L. Robinson