IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TERRI LEE MEYER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 06-117-SLR |
| ) | |
| DEPARTMENT OF CORRECTIONS, ) | |
| PAUL HOWARD, STANLEY TAYLOR, ) | |
| PATRICK RYAN, ) | |
| WCI SUPERVISOR GEORGE O'CONNOR, ) | |
| COLLEEN SHOTZBERGER, ) | |
| CAPT. NFN REPETTI, ) | |
| CORRECTIONAL MEDICAL SERVICES, ) | |
| DR. HOOPER, and DR. NFN JACOVB, ) | |
| ) | |
| Defendants. ) | |



FILED
APR 27 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BW scanned

**AUTHORIZATION**

I, Terri Lee Meyer, SBI # 00371169 request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $7.53 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated _____, 2006.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $250.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: 4-24-06 , 2006.

_____
Signature of Plaintiff
Terri Lee Meyer



Terri Lee Meyer
660 Baylor Blv.
New Castle, DE
19720

United States District Courts
Caleb Boggs federal building
844 N. King Street
Wilmington, DE
19801