Civ. No. 06-117-SLR

July 10th, 06

Dear Honorable Judge Robinson;

It appears that through motions, answers, Ect. the issue of my confiscated legal work was phased out.

When the state answered the Court regarding my request for a preliminary Injunction they completely evaded the issue of my personal legal work, among other inconsistenties and fabrications.

The defendents confiscated all of my personal legal work such as letters from my attorney, all of my criminal records including psychiatric violations, and medical records, certificates and diplomas, All of my civil

legal work and the 1983 I was working on due to poor prison conditions and the problem with retaliation.

I was not quite sure how to deal with this problem, or what to file. I have tried everything I know to rectify this. The ACLU has contacted the warden twice about this but to no avail.

Thank you for your time.

Sincerely,

Terri J. Meyer



American Civil Liberties Union / Foundation of Delaware
100 West 10th Street, Suite 309,
Wilmington, Delaware 19801
(302) 654-5326 Fax (302) 654-3689
acludelaware@acludelaware.org   www.aclu-de.org

Sidney Balick
*President ACLU Delaware*
Nancy D. Dean
*Vice President*
Jeanne M. Hanson
*Second Vice President*
Max S. Bell, Jr.
*Secretary*
Grace E. Messner
*Treasurer*
Gilbert J. Sloan
*President ACLF Delaware*
Joan D. Kandler
*Treasurer ACLF*

*Board of Directors*
Timothy F. Brooks
Joan DelFattore
Alice E. Eakin
Anne M. Farley
Helen K. Foss
Judith D. Govatos
Lawrence A. Hamermesh
Patricia A. Hampton
Selma Hayman
Bangalore T. Lakshman
Phyllis Levitt
Elizabeth M. McGeever
Judith E. Mellen
Norman M. Monhait
Joy Mulholland
Joseph S. Naylor
Darryl A. Parson
Jeffrey A. Raffel
Scott Reid
Joan L. Rosenthal
Carl Schnee
Warren A. Scott
Sonia S. Sloan
Peggy E. Strine
Randy Tiffany
Leland B. Ware
James C. Welch
Serena M. Williams
Cecil C. Wilson

*Advisory Board*
Gary W. Aber
Mashonr I. Awad
Victor F. Battaglia, Sr.
Sam Beard
Henry H. Beckler
Richard G. Elliott, Jr.
Herbert Graves, Jr.
Shirley C. Horowitz
Kathi A. Karsnitz
Penny Marshall
John E. Osborn
B. Wilson Redfearn
Joseph A. Rosenthal
Carolyn Walker
Paul P. Welsh

Drewry Nash Fennell, Esq.
*Executive Director*

April 28, 2006

Mr. Patrick Ryan
Warden
Delores J. Baylor Women's Correctional Institution
660 Baylor Boulevard
New Castle, DE 19720

Re: **Confiscated Legal Materials of Terri Meyer, SBI# 371169**

Dear Mr. Ryan,

I am writing to inquire about the status of the legal materials confiscated from Ms. Terri Meyer. Please advise me of their status and whether you intend to return them to her.

Feel free to call me, at 302-654-5326, ext. 102, if you have any questions. Thank you for your prompt attention to this important matter.

Very truly yours,

Drewry Nash Fennell
Executive Director

cc: Terri Meyer

# Certificate of Service

I, Terri Lee Meyer, hereby certify that I have served a true and correct copy of the attached letter upon the following party:

Dept. of Justice
Ophelia M. Waters
Deputy Attorney General
820 N. French Street
Wilmington, DE 19801

7/10/06                                  *Terri L Meyer*