United States District Court
District Of Delaware

Terri L. Meyer

V.

Patrick Ryan et.al.

Civil no 06-117-SLR



FILED

AUG 25 2006

U.S. DISTRICT COURT
DISTRICT C

BD scanned

## Voluntary Dismissal

Plaintiff Terri Meyer request that the Court dismiss NFN Repetti and NFN Dr. Jacovb from her Complaint. However, the Plaintiff will proceed aaginst defendents Patrick Ryan Colleen Shotzberaer and George O'Conner.

7-6-06

Terri Lee Meyer

# Certificate of Service

I Terri Lee Mever hereby certify that I have served a true and correct copy of the attatched motion upon the following party.

Dept of Justice
Ophelia M Waters
Deputy Attorney General
820 North French St.
Wilmington, DE 19801

7-6-06

Terri Lee Mever



WILMINGTON DE 197

24 AUG 2006 PM 3 L

United States District Court
844 N. King St. L818
Wilmington DE
19801

Keni Moyer
660 Bay ton Blv
New Castle DE
19720