8-30-06

CA. No. 06-117-SLR

Dear Mrs. Waters;

It was very nice meeting you. I was pleased that your. Clients returned the hard Copies of the legal work / documents.

I will be submitting a B.W. C.I. Class 2 disciplinary in which I am appealing. However, all appeals go to Warden Ryan. I am requesting that he, in good Faith and Fairness, recuse himself from this disciplinary, and pass it to someone not involved in the Jaw Suit I am currently litigating. Thank you for your time.

Sincerely

Terri J. Meyer



FILED

SEP -6 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

CC Ms. Ophelia Waters



Teni Meyer
660 Baylor Blv.
New Castle DE
19720

U.S.D.C. of DE.
Caleb Boggs Federal Build.
844 N. King St.
Wilmington, DE   19720