7-20-06

Clerk of the Court;

I do not have a copy of my lawsuit because I sent you the original.

Even so, we have a very small law library with 1 Inmate Clerk and the Paralegal George O'Conner, whom is my defendent. The copy machine is in his office about 2 feet from his desk. Either he makes the copies, or his inmate clerk makes them. He sees and keeps track of all copies made. I do not feel that my documents would be safe under those conditions since he is responsible for confiscating all of my personal legal work, and giving it to Warden Ryan, my other defendent.

I'm not sure the Court is aware of the position I'm in regarding the law library, because the State misled the Court in it's answer to my request for Preliminary

FILED SEP 14 2006 U.S. DISTRICT COURT DISTRICT OF DELAWARE

Scanned- BZ 9/15/06

injuction.

Sincerely,

*Terri J Meyer*

Jeni Lee Meyer
660 Bayth Blv.
New Castle, DE
19720

USDC - District of DE.
844 N. King Street
Wilmington, DE
19801