IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TERRI LEE MEYER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-117-SLR |
| | ) |
| PATRICK RYAN, WCI SUPERVISOR | ) |
| GEORGE O'CONNOR, COLLEEN | ) |
| SHOTZBERGER, CAPT. NFN | ) |
| REPETTI, and DR. NFN JACOVB, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

On May 24, 2006, plaintiff, Terri Lee Meyer, was ordered by the court to submit a USM-285 form the Attorney General for the State of Delaware as well as copies of the complaint (D.I. 2) so that service could be effected. (D.I. 28) On September 14, 2006, plaintiff submitted USM-285 forms for defendants but failed to submit the form for the Attorney General for the State of Delaware. (D.I. 33) Nor did she submit copies of her complaint, explaining that she did not have a copy of the complaint because she sent the original to the court. Id. Plaintiff further advises that she is uncomfortable giving her legal documents for photocopying to the paralegal at the prison law library, George O'Connor, because he is a defendant in this case and she does not feel her documents would be safe.

THEREFORE, at Wilmington this __ day of September, 2006, IT IS HEREBY ORDERED that:

1. The clerk of the court shall provide plaintiff with a

copy of the complaint (D.I. 2).

    2. Plaintiff shall forward to the clerk of the court, within 30 days from the date of this order, a USM-285 form for the Attorney General for the State of Delaware as required in the court's previous order.

    3. Regardless that the paralegal at the prison law library is a named defendant, within 30 days from the date of this order, plaintiff shall provide the court with copies of the complaint for service along with the USM-285 forms as required in the court's previous order.

    PLAINTIFF IS ADVISED THAT FAILURE TO PROVIDE THE USM-285 FORM AND COPIES OF THE COMPLAINT WITHIN THE TIME FRAME PROVIDED BY THE COURT MAY RESULT IN THE DISMISSAL OF THE CASE.

_____
UNITED STATES DISTRICT JUDGE