**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

**CARL C. DANBERG**
Attorney General

| NEW CASTLE COUNTY | KENT COUNTY | SUSSEX COUNTY |
|---|---|---|
| Carvel State Building | 102 West Water Street | 114 E. Market Street |
| 820 N. French Street | Dover, DE 19901 | Georgetown, DE 19947 |
| Wilmington, DE 19801 | Criminal Division (302) 739-4211 | (302) 856-5352 |
| Criminal Division (302) 577-8500 | Fax: (302) 739-6727 | Fax: (302) 856-5369 |
| Fax: (302) 577-2496 | Civil Division (302) 739-7641 | TTY: (302) 856-2500 |
| Civil Division (302) 577-8400 | Fax: (302) 739-7652 | |
| Fax: (302) 577-6630 | TTY: (302) 739-1545 | |
| TTY: (302) 577-5783 | | |

**PLEASE REPLY TO:**

[New Castle County-Civil Division]

September 26, 2006

Chief Judge Sue L. Robinson
US District Court for the State
of Delaware
844 North King Street
Lock Box 31
Wilmington, DE 19801

      RE:    Terri Lee Meyer v. Patrick Ryan
             <u>C.A. No.: 06-117-SLR</u>

Dear Judge Robinson:

      The BWCI law librarian has advised me that all materials found and concerning Terri Lee Meyer which she left in a file cabinet in the rear of the law library have been given to Ms. Meyer through her counselor. Notwithstanding Ms. Meyer's assertion that all her legal materials were confiscated by defendants, I acknowledge receipt of a letter from Ms. Meyer addressed to me [DI 32] wherein she informed me that her materials have been given to her.

      Defendants are not in possession of Ms. Meyer's alleged confiscated legal materials.

      Should Your Honor have any questions or concerns, I am available at the Court's convenience.

                        Respectfully submitted,

                        /s/ Ophelia M. Waters
                        Ophelia M. Waters (ID# 3879)
                        Deputy Attorney General

OMW/vd

cc: Clerk of Court
 Terri Lee Meyer