OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>CLERK OF COURT | LOCKBOX 18<br>844 KING STREET<br>U.S. COURTHOUSE<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170 |

October 27, 2006

TO:  Terri Lee Meyer
     SBI# 00371169
     WCI
     660 Baylor Blvd.
     New Castle, DE 19720

   **RE:  U.S. MARSHAL 285 FORMS; 06-117(SLR)**

Dear Ms. Meyer:

   Please be advised that the court has received 4 incomplete copies of the complaint. The copies of the complaint received did not include the 13 page exhibit attached to the original complaint. Enclosed is a copy of the exhibit. Please submit 4 copies of the enclosed exhibit to the court.

   Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                        Sincerely,

/bad                                    PETER T. DALLEO
                                        CLERK

cc:  The Honorable Sue L. Robinson
enc: Exhibit to complaint