IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TERRI LEE MEYER, | : |
| Plaintiff, | : |
| v. | : No. 06-117-SLR |
| | : CIVIL ACTION |
| PARTICK RYAN, COLLEEN SHOTZBERGER, and GEORGE O'CONNOR | : |
| Defendants. | : |

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given of the entry of the undersigned as counsel for Terri Lee Meyer in the above-captioned matter. Pursuant to Fed. R. Civ. P. 5, all further notice and copies of pleadings, papers, and other material relevant to this action should be directed to and served upon:

> Julia M. Graff
> American Civil Liberties Union/Foundation
> of Delaware
> 100 W. 10th Street, Suite 309
> Wilmington, DE 19801

Dated: November 27, 2006

Julia M. Graff (#4708)