## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TERRI LEE MEYER, | : | |
| Plaintiff, | : | |
| | : | No. 06-117-SLR |
| v. | : | |
| | : | CIVIL ACTION |
| PATRICK RYAN, COLLEEN | : | |
| SHOTZBERGER, and GEORGE | : | |
| O'CONNER, | : | |
| Defendants | : | |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to District Court Local Rule 83.5 and the attached Certifications of Counsel, Julia M. Graff, Esquire, counsel for Plaintiff, hereby moves for the admission Pro Hac Vice of Christopher I. McCabe, Esquire, and Liam Y. Braber, Esquire, to represent Plaintiff, Terri Lee Meyer, in the above-captioned action.

In further support thereof, counsel states as follows:

1.      Both Mr. McCabe and Mr. Braber are members in good standing of the Bar of the Supreme Court of Pennsylvania. Mr. Braber is also a member in good standing of the Bar of the Supreme Court of New Jersey. Both practice at the law firm of Jacoby Donner, P.C., headquartered in Philadelphia, Pennsylvania, with offices in Virginia and New Jersey.

2.      Mr. McCabe and Mr. Braber submit to the disciplinary jurisdiction of this Court, are familiar with this Court's Rules, and together have been admitted to practice before various federal courts throughout Pennsylvania and New Jersey for more than 20 years. The attached Certifications of Counsel are incorporated in further support of this Motion.

3.      All appropriate fees have been paid upon filing of this Motion.

WHEREFORE, counsel request an Order admitting Mr. McCabe and Mr. Braber <u>Pro Hac</u>

<u>Vice</u> as counsel for Plaintiff in the above matter.


Dated: 11/07/06                    By: _____

                                        Julia M. Graff, Esquire
                                        Staff Attorney

                                        ACLU of Delaware
                                        100 W. 10th St., Suite 309
                                        Wilmington, DE 19801
                                        Phone: (302) 654-5326, ext. 103
                                        Fax: (302) 654-3689


Dated: 10/18/06                    By: _____

                                        Christopher J. McCabe, Esq.
                                        Liam Y. Braber, Esq.

                                        JACOBY DONNER PC
                                        1515 Market St., Ste. 2000
                                        Philadelphia, PA 19102
                                        Ph. (215) 563-2400
                                        Fx. (215) 563-2870

## CERTIFICATION BY COUNSEL

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Pennsylvania, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund, effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court upon filing of this Motion.

Date: _10/17/06_          By: _Christopher M. Cabe_

Christopher I. McCabe, Esquire

## CERTIFICATION BY COUNSEL

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Pennsylvania and the Bar of New Jersey, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund, effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court upon filing of this Motion.

Date: _10/17/06_          By: _____

Liam Y. Braber, Esquire

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

TERRI LEE MEYER,                          :
             Plaintiff,          :
                           :      No. 06-117-SLR
       v.                          :
                           :      CIVIL ACTION
PATRICK RYAN, COLLEEN                      :
SHOTZBERGER, and GEORGE                    :
O'CONNER                                   :
             Defendants.         :

### **ORDER**

IT IS HEREBY ORDERED THAT the Motion for Admission Pro Hac Vice of Christopher I. McCabe, Esq. and Liam Y. Braber, Esq., of the firm Jacoby Donner, P.C., to represent Plaintiff Terri Lee Meyer in this action is GRANTED.

BY THE COURT:

Date: _____        _____
                                                        , J.