IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TERRI LEE MEYER, | : | |
|     Plaintiff, | : | No. 06-117-SLR |
| v. | : | |
| | : | CIVIL ACTION |
| PATRICK RYAN, COLLEEN | : | |
| SHOTZBERGER, and GEORGE | : | JURY TRIAL DEMANDED |
| O'CONNER, | : | |
|     Defendants. | : | |

## STIPULATION AND CONSENT TO AMEND COMPLAINT

All parties in the above captioned action, through undersigned counsel, hereby stipulate and consent, under Fed. R. Civ. P. 15, as follows:

1. Plaintiff Terri L. Meyer shall file an Amended Complaint in the above captioned matter; and,

2. Service of the Amended Complaint shall be made upon Defendants via first class mail and via ECF to their undersigned counsel below; and,

3. Defendants shall have 30 days following service of the Amended Complaint to file and serve upon Plaintiff, via undersigned counsel, a responsive pleading.

1

| | |
|---|---|
| STATE OF DELAWARE<br>DEPARTMENT OF JUSTICE | JACOBY DONNER, P.C. |

/s/ Ophelia M. Waters
Ophelia M. Waters, Esquire
Deputy Attorney General
Carvel State Office Building
820 North French Street, 6th Floor
Wilmington, DE 19801
Wk: (302) 577-8400
*Counsel for Defendants,*
*George O'Connor, Patrick Ryan, and*
*Colleen Shotzberger*

Christopher I. McCabe, Esq.
Liam Y. Braber, Esq.
JACOBY DONNER PC
1515 Market St., Ste. 2000
Philadelphia, PA 19102
Ph. (215) 563-2400
Fax. (215) 563-2870
*Counsel for Plaintiff, Terri L. Meyer*

Dated: December 14, 2006

**IT IS SO ORDERED** this ____ day of _____, 200__

_____
Judge

2