IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TERRI LEE MEYER,<br>    Plaintiff,<br><br>vs.<br><br>PATRICK RYAN, Warden, Delores J. Baylor Women's Correctional Institution, COLLEEN SHOTZBERGER, Treatment Services Administrator, and GEORGE O'CONNOR, Law Librarian, in their individual and official capacities,<br>    Defendants. | :<br>:<br>: CIVIL ACTION<br>:<br>: NO. 06-117-SLR<br>:<br>: JURY TRIAL DEMANDED<br>: |

## STIPULATION AND CONSENT TO AMEND COMPLAINT

All parties in the above captioned action, through undersigned counsel, hereby stipulate and consent, under Fed. R. Civ. P. 15, as follows:

1. Plaintiff Terri Lee Meyer shall file an Amended Complaint in the above captioned matter;

2. Service of the Amended Complaint shall be made upon Defendants via first class mail and via ECF to their undersigned counsel below; and

3. Defendants shall have 30 days following service of the Amended Complaint to file and serve upon Plaintiff, via undersigned counsel, a responsive pleading.

1

| | |
|---|---|
| STATE OF DELAWARE<br>DEPARTMENT OF JUSTICE | ACLU FOUNDATION OF DELAWARE |

/s/ Ophelia M. Waters
Ophelia M. Waters, Esquire
Deputy Attorney General
Carvel State Office Building
820 North French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400

*Counsel for Defendants
George O'Connor, Patrick
Ryan, and Colleen Shotzberger*

Julia M. Graff, Esquire
Staff Attorney
ACLU Foundation of Delaware
100 West 10th Street, Suite 309
Wilmington, DE 19801
(302) 654-5326, ext. 103

Christopher I. McCabe, Esquire
Liam Y. Braber, Esquire
JACOBY DONNER PC
1515 Market Street, Suite 2000
Philadelphia, PA 19102
(215) 563-2400

*Counsel for Plaintiff Terri Lee Meyer*

Dated: January 23, 2007

**IT IS SO ORDERED** this ___ day of _____, 2007.

_____
Judge Sue L. Robinson

2