IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TERRI LEE MEYER | : | CIVIL ACTION |
| Plaintiff, | : | NO.  06-117 (SLR) |
| v. | : | |
| | : | |
| PATRICK RYAN, COLLEEN SHOTZBERGER and GEORGE O'CONNOR | : | JURY TRIAL DEMANDED |
| Defendants. | : | |

**O R D E R**

At Wilmington this day          of                    2007, the parties having satisfied their obligations under Fed. R. Civ. P. 26(f), and the court having conducted a pretrial scheduling conference pursuant to Fed. R. Civ. P. 16 and D. Del. LR 16.2(a) and (b).

IT IS ORDERED that:

1. **Pre-Discovery Disclosures**. The parties will exchange the information required by Fed. R. Civ. P. 26(a)(1) and D. Del. LR 16.2. within one week from the above conference.

2. **Discovery**.

(a) Discovery will be needed on the following subjects:  § 1983 First Amendment Retaliation Claim and related claims regarding access to the Courts, as set forth in all Counts of the Amended Complaint.

(b) All discovery shall be commenced in time to be completed by <u>July 23, 2007.</u>

(c) Maximum of <u>25</u> interrogatories by each party to any other party.

(d) Maximum of <u>25</u> requests for admission by each party to any other party.

(e) Maximum of <u>4</u> depositions by plaintiff and <u>4</u> by defendant.

(f) Each deposition limited to a maximum of 4 hours unless extended by agreement of parties.

(g) Reports from retained experts under Rule 26(a)(2) on issues for which any party has the burden of proof due by July 13, 2007. Rebuttal expert reports due by July 20, 2007.

(h) **Discovery Disputes**. Any discovery dispute shall be submitted to the court pursuant to Fed. R. Civ. P. 37. During the course of discovery, each party is limited to **two (2)** Rule 37 motions. The court shall make itself available, however, to resolve through a telephone conference, disputes that arise during the course of a deposition and disputes related to entry of a protective order.

3. **Joinder of other Parties, Amendment of Pleadings, and Class Certification.** All motions to join other parties, amend the pleadings, and certify a class action shall be filed on or before March 30, 2007.

4. **Settlement Conference.** Pursuant to 28 U.S.C. § 636, this matter is referred to the United States Magistrate for the purposes of exploring the possibility of a settlement. If available, the Magistrate Judge will schedule a settlement conference with counsel and their clients to be held within 90 days from the date of this Order.

5. **Summary Judgment Motions**. All summary judgment motions shall be served and filed with an opening brief on or before August 30, 2007. Briefing shall be pursuant to D. Del. LR 7.1.2. No summary judgment motion may be filed more than **ten (10)** days from the above date without leave of the court. Should all parties agree that filing of summary judgment motions shall be dispensed with, the parties may jointly contact the Court's Chambers to discuss an expedited trial schedule.

6.      **Applications by Motion**. Any application to the court shall be by written motion filed with the clerk. Unless otherwise requested by the court, counsel shall not deliver copies of papers or correspondence to chambers. **Any non-dispositive motion shall contain the statement required by D. Del. LR 7.1.1.**

7.      **Motions in Limine**. All motions in limine shall be filed on or before December 6, 2007. All responses to said motions shall be filed on or before December 13, 2007.

8.      **Joint pretrial statement** filed with Court and Chambers, signed by all counsel, by December 20, 2007.

9.      **Pretrial Conference**. A pretrial conference will be held on Thursday, January 3, 2008 at 4:30 p.m., in courtroom 6B, sixth floor Federal Building, 844 King Street, Wilmington, Delaware. The Federal Rules of Civil Procedure and D. Del. LR 16.4 shall govern the pretrial conference.

10.     **Trial**. This matter is scheduled for a 3 day jury trial commencing on January 15, 2008 in courtroom 6B, sixth floor J. Caleb Bogg Federal Building, 844 King Street, Wilmington, Delaware.

**SO ORDERED:**

Date:_____     _____
                               SUE L. ROBINSON, CHIEF JUDGE

Respectfully submitted,

| | |
|---|---|
| GEORGE O'CONNOR, PATRICK RYAN, COLLEEN SHOTZBERGER | TERRI LEE MEYER |
| /s/Ophelia M. Waters | /s/ Julia M. Graff |
| Ophelia M. Waters, Esquire<br>Deputy Attorney General<br>State of Delaware Dept. of Justice<br>Carvel State Office Building<br>820 North French Street, 6th Floor<br>Wilmington, DE 19801<br>Wk: (302) 577-8400<br>*Counsel for Defendants,*<br>*George O'Connor, Patrick Ryan, and*<br>*Colleen Shotzberger* | Julia M. Graff, Esquire (No. 4708)<br>ACLU of Delaware<br>100 W. 10th Street, Suite 309<br>Wilmington, DE 19801<br>Phone: (302) 654-5326, ext. 103<br>Fax: (302) 654-3689<br><br>/s/Liam Y. Braber<br>Christopher I. McCabe, Esq.<br>Liam Y. Braber, Esq.<br>JACOBY DONNER PC<br>1700 Market St., Ste. 3100<br>Philadelphia, PA 19103<br>Ph. (215) 563-2400<br>Fax. (215) 563-2870<br><br>*Counsel for Plaintiff, Terri L. Meyer* |