IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TERRI LEE MEYER,<br>    *Plaintiff,*<br><br>vs.<br><br>PATRICK RYAN, Warden, Delores J. Baylor Women's Correctional Institution, COLLEEN SHOTZBERGER, Treatment Services Administrator, and GEORGE O'CONNOR, Law Librarian, in their individual and official capacities,<br>    *Defendants.* | NO. 06-117-SLR |

## NOTICE OF SERVICE

The undersigned certifies that on February 9, 2007, Liam Y. Braber, Esquire caused the Plaintiff's Rule 26 disclosures to be delivered to the following person by first class mail, postage prepaid:

Ophelia M. Waters, Esquire
Deputy Attorney General
State of Delaware Dept. of Justice
Carvel State Office Building
820 North French Street, 6th Floor
Wilmington, DE 19801

            **AMERICAN CIVIL LIBERTIES UNION**
            **FOUNDATION OF DELAWARE**

            _____
            Julia M. Graff (#4708)
            Staff Attorney
            100 West 10th St., Suite 309
            Wilmington, DE 19801
            jgraff@acludelaware.org

            *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2007, the Plaintiff's Rule 26 Initial Disclosures were sent by U.S. mail to Ophelia M. Waters, Esquire.

**AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF DELAWARE**

_____
Julia M. Graff (#4708)
Staff Attorney
100 West 10th St., Suite 309
Wilmington, DE 19801
jgraff@acludelaware.org

February 20, 2007