IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

TERRI LEE MEYER,
              *Plaintiff,*

vs.

PATRICK RYAN, Warden, Delores J. Baylor Women's
Correctional Institution, COLLEEN SHOTZBERGER,
Treatment Services Administrator, and GEORGE
O'CONNOR, Law Librarian, in their individual and
official capacities,
              *Defendants.*

NO. 06-117-SLR

## NOTICE OF SERVICE

The undersigned certifies that on February 27, 2007, counsel for Plaintiff Terri L. Meyer caused the Plaintiff's First Document Request for Electronic Discovery to be delivered to counsel for Defendants, by first class mail, postage prepaid, as follows:

Ophelia M. Waters, Esquire
Deputy Attorney General
State of Delaware Dept. of Justice
Carvel State Office Building
820 North French Street, 6th Floor
Wilmington, DE 19801

                            Julia M. Graff, Esquire (No. 4708)
                            ACLU of Delaware
                            100 W. 10th Street, Suite 309
                            Wilmington, DE 19801
                            Phone: (302) 654-5326, ext. 103
                            Fax: (302) 654-3689

                            /s/ Liam Y. Braber
                            Christopher I. McCabe, Esq.
                            Liam Y. Braber, Esq.
                            JACOBY DONNER PC
                            1700 Market St., Ste. 3100
                            Philadelphia, PA 19103
                            Ph. (215) 563-2400
                            Fax. (215) 563-2870

                            *Counsel for Plaintiff, Terri L. Meyer*

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2007, the Plaintiff's First Document Request for Electronic Discovery were sent by U.S. mail to Ophelia M. Waters, Esquire.

**AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF DELAWARE**

_____
Julia M. Graff (#4708)
Staff Attorney
100 West 10th St., Suite 309
Wilmington, DE 19801
jgraff@acludelaware.org

March 1, 2007