IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TERRI LEE MEYER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-117-SLR |
| | ) | |
| GEORGE O'CONNOR, et al. | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Deputy Attorney General Stuart B. Drowos on behalf of defendants Patrick Ryan, Collen Shotzberger and George O'Connor. The defendants specifically reserve the right to raise any jurisdictional, service or statute of limitations defenses which may be available.

        STATE OF DELAWARE
        DEPARTMENT OF JUSTICE

        /s/ Stuart B. Drowos
        Stuart B. Drowos, I.D. #427
        Deputy Attorney General
        820 North French Street, 6th Floor
        Wilmington, Delaware 19801
        (302)577-8400
        stuart.drowos@state.de.us
        Counsel for State Defendants

Dated: March 1, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on March 1, 2007, I electronically filed *Entry of Appearance* with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

    Julia M. Graff, Esquire, I.D. #4708
    ACLU of Delaware
    100 W. 10th Street, Suite 309
    Wilmington, Delaware 19801

    Liam Y. Braber, Esquire
    Christopher I. McCabe, Esquire
    Jacoby Donner, P.C.
    1700 Market Street, Ste. 3100
    Philadelphia, Pennsylvania 19103

    **STATE OF DELAWARE**
    **DEPARTMENT OF JUSTICE**

    /s/ Stuart B. Drowos
    Stuart B. Drowos, I.D. #427
    Deputy Attorney General
    820 North French Street, 6th Floor
    Wilmington, Delaware 19801
    (302)577-8400
    stuart.drowos@state.de.us