IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TERRI LEE MEYER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-117-SLR |
| ) | |
| PATRICK RYAN, COLLEEN ) | |
| SHOTZBERGER, and GEORGE ) | |
| O'CONNER ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

The undersigned certifies that on April 13, 2007, she caused the *Bates Stamped Documents 1238 through 1494 pursuant to Rule 26(a)(1)(B) Disclosures* to be delivered to the following person(s) in the form and manner indicated:

**One copy by first class mail, postage prepaid, to each recipient:**

Julia M. Graff, Esquire
ACLU of Delaware
100 West 10th Street, Suite 309
Wilmington, DE  19801

Liam Y. Braber, Esquire
Christopher I. McCabe, Esquire
Jacoby Donner, P.C.
1700 Market Street, Suite 3100
Philadelphia, PA  19103

**STATE OF DELAWARE
DEPARTMENT OF JUSTICE**

_____/s/ Ophelia M. Waters_____
Ophelia M. Waters, I.D. #3879
Deputy Attorney General
Carvel State Building
820 N. French Street, 6th floor
Wilmington, DE  19801
Ophelia.Waters@state.de.us
Attorney for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on April 13, 2007, I have mailed by United States Postal Service, the *Bates Stamped* D*ocuments 1238 through 1494 pursuant to Rule 26 (a)(1)(B) Disclosures* to the following: Julia M. Graff, Esquire and Liam Y. Braber, Esquire.

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

/s/ Ophelia M. Waters
Ophelia M. Waters, I.D. #3879
Deputy Attorney General
820 North French Street, 6th Floor
Wilmington, Delaware 19801
(302)577-8400
ophelia.waters@state.de.us