IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TERRI LEE MEYER,<br>      Plaintiff,<br><br>  v.<br><br>PATRICK RYAN, COLLEEN<br>SHOTZBERGER, and GEORGE<br>O'CONNER,<br>      Defendants. | No. 06-117-SLR<br><br>CIVIL ACTION |

## NOTICE OF SERVICE

The undersigned certifies that on May 25, 2007, the Plaintiff's Requests for Documents and Things Directed to Defendant – First Set, were delivered to the following person in the form and manner indicated:

**One copy by first class mail, postage prepaid, to:**

Ophelia Waters, Esq.
Department of Justice
Carvel State Office Building
820 North French Street
Wilmington, DE 19801

              **ACLU FOUNDATION**
              **OF DELAWARE**

              /s/ Julia M. Graff
              Julia M. Graff, I.D. # 4708
              100 W. 10th Street, Suite 309
              Wilmington, DE 19801
              jgraff@acludelaware.org

              *Attorney for Plaintiff*