IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TERRI LEE MEYERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-117-SLR |
| ) | |
| PATRICK RYAN, COLLEEN ) | |
| SHOTZBERGER, and GEORGE ) | |
| O'CONNER ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

The undersigned certifies that on May 31, 2007, she caused the *State Defendants'*

*Rule 26 Supplemental Disclosures* to be delivered to the following person(s) in the form

and manner indicated:

**One copy by first class mail, postage prepaid, to each recipient:**

Julia M. Graff, Esquire
ACLU of Delaware
100 West 10th Street, Suite 309
Wilmington, DE  19801

Liam Y. Braber, Esquire
Christopher I. McCabe, Esquire
Jacoby Donner, P.C.
1700 Market Street, Suite 3100
Philadelphia, PA  19103

**STATE OF DELAWARE
DEPARTMENT OF JUSTICE**

_____/s/ Ophelia M. Waters_____
Ophelia M. Waters, I.D. #3879
Deputy Attorney General
Carvel State Building
820 N. French Street, 6th floor
Wilmington, DE  19801
Ophelia.Waters@state.de.us
Attorney for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on May 31, 2007, I have mailed by United States Postal Service, the *State Defendants Rule 26 Supplemental Disclosures* to the following: Julia M. Graff, Esquire and Liam Y. Braber, Esquire.

                                                STATE OF DELAWARE
                                                DEPARTMENT OF JUSTICE

                                                <u>/s/ Ophelia M. Waters</u>
                                                Ophelia M. Waters, I.D. #3879
                                                Deputy Attorney General
                                                820 North French Street, 6th Floor
                                                Wilmington, Delaware 19801
                                                (302)577-8400
                                                ophelia.waters@state.de.us