IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TERRI LEE MEYER,<br>               Plaintiff,<br><br>    v.<br><br>PATRICK RYAN, COLLEEN SHOTZBERGER, and GEORGE O'CONNOR,<br>               Defendants. | No. 06-117-SLR<br><br>CIVIL ACTION |

## NOTICE OF SERVICE

The undersigned certifies that on June 18, 2007, counsel for Plaintiff Terri Lee Meyer caused her Second Document Request for Electronic Discovery, to be delivered to the following person by first class mail, postage paid, and by electronic transmission:

Ophelia Waters, Esq.
Department of Justice
Carvel State Office Building
820 North French Street
Wilmington, DE 19801
Ophelia.Waters@state.de.us

                                           ACLU FOUNDATION
                                           OF DELAWARE

                                           /s/ Julia M. Graff
                                           Julia M. Graff, I.D. # 4708
                                           100 W. 10th Street, Suite 309
                                           Wilmington, DE 19801
                                           jgraff@acludelaware.org

                                           *Attorney for Plaintiff*