IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TERRI LEE MEYER | : | CIVIL ACTION |
| Plaintiff, | : | NO. 06-117 (SLR) |
| v. | : | |
| | : | |
| PATRICK RYAN, COLLEEN | : | |
| SHOTZBERGER and GEORGE | : | JURY TRIAL DEMANDED |
| O'CONNOR | : | |
| | : | |
| Defendants. | : | |
| | : | |

### NOTICE OF DEPOSITION

TO:   Mr. George O'Connor
c/o Ophelia Waters, Esq.
Department of Justice
Carvel State Office Building
820 North French Street
Wilmington, DE 19801
Ophelia.Waters@state.de.us

**PLEASE TAKE NOTICE** that the undersigned, on behalf of Plaintiff, will take the deposition upon oral examination of George O'Connor on June 22, 2007 at 9:30 a.m. at the Delores J. Baylor Women's Correctional Institution, 660 Baylor Boulevard, New Castle, DE 19720, before an officer authorized by law to administer oaths. Testimony shall be recorded by stenographic means.

The oral examination will continue from day to day until completed. You are invited to attend and participate.

AMERICAN CIVIL LIBERTIES FOUNDATION OF DELAWARE

By: /s/ Julia M. Graff
Julia M. Graff (Attorney ID No. 4708)
100 W. 10th Street, Suite 309

        Wilmington, DE 19801
        Tel. (302) 654-5326, ext. 103
        Fax. (302) 654-3689

        **JACOBY DONNER, P.C.**
        Chris McCabe (Admitted *pro hac vice*)
        Liam Y. Braber (Admitted *pro hac vice*)
        1700 Market Street, Suite 3100
        Philadelphia, PA 19103
        (215) 599-0961

        *Attorneys for Plaintiff*

June 19, 2007