IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TERRI LEE MEYER<br>　　　　Plaintiff,<br>v.<br>PATRICK RYAN, COLLEEN SHOTZBERGER and GEORGE O'CONNOR<br>　　　　Defendants. | CIVIL ACTION<br>NO. 06-117 (SLR)<br><br>JURY TRIAL DEMANDED |

## NOTICE OF DEPOSITION

TO:　　Mr. Patrick Ryan
　　　　Ophelia Waters, Esq.
　　　　Department of Justice
　　　　Carvel State Office Building
　　　　820 North French Street
　　　　Wilmington, DE 19801
　　　　Ophelia.Waters@state.de.us

**PLEASE TAKE NOTICE** that the undersigned, on behalf of Plaintiff, will take the deposition upon oral examination of Patrick Ryan on July 6, 2007 at 9:30 a.m. at the Delores J. Baylor Women's Correctional Institution, 660 Baylor Boulevard, New Castle, DE 19720, before an officer authorized by law to administer oaths. Testimony shall be recorded by stenographic means.

The oral examination will continue on July 9, 2007 if necessary until completed. You are invited to attend and participate.

　　　　　　　　　　　　　　　　AMERICAN CIVIL LIBERTIES FOUNDATION OF DELAWARE

　　　　　　　　　　　　　　　　By: /s/ Julia M. Graff
　　　　　　　　　　　　　　　　　　Julia M. Graff (Attorney ID No. 4708)
　　　　　　　　　　　　　　　　　　100 W. 10th Street, Suite 309

                    Wilmington, DE 19801
                    Tel. (302) 654-5326, ext. 103
                    Fax. (302) 654-3689

                    **JACOBY DONNER, P.C.**
                    Chris McCabe (Admitted *pro hac vice*)
                    Liam Y. Braber (Admitted *pro hac vice*)
                    1700 Market Street, Suite 3100
                    Philadelphia, PA 19103
                    (215) 599-0961

                    *Attorneys for Plaintiff*

June 19, 2007