IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TERRI LEE MEYER | : | CIVIL ACTION |
| Plaintiff, | : | NO. 06-117 (SLR) |
| v. | : | |
| | : | |
| PATRICK RYAN, COLLEEN | : | |
| SHOTZBERGER and GEORGE | : | JURY TRIAL DEMANDED |
| O'CONNOR | : | |
| | : | |
| Defendants | : | |

## NOTICE OF DEPOSITION

TO:   Ms. Colleen Shotzberger
      Ophelia Waters, Esq.
      Department of Justice
      Carvel State Office Building
      820 North French Street
      Wilmington, DE 19801
      Ophelia.Waters@state.de.us

**PLEASE TAKE NOTICE** that the undersigned, on behalf of Plaintiff, will take the deposition upon oral examination of Colleen Shotzberger on July 6, 2007 at 1:00 p.m. at the Delores J. Baylor Women's Correctional Institution, 660 Baylor Boulevard, New Castle, DE 19720, before an officer authorized by law to administer oaths. Testimony shall be recorded by stenographic means.

The oral examination will continue on July 9, 2007 if necessary until completed. You are invited to attend and participate.

AMERICAN CIVIL LIBERTIES FOUNDATION OF DELAWARE

By: /s/ Julia M. Graff
    Julia M. Graff (Attorney ID No. 4708)
    100 W. 10th Street, Suite 309

                        Wilmington, DE 19801
                        Tel. (302) 654-5326, ext. 103
                        Fax. (302) 654-3689

                        **JACOBY DONNER, P.C.**
                        Chris McCabe (Admitted *pro hac vice*)
                        Liam Y. Braber (Admitted *pro hac vice*)
                        1700 Market Street, Suite 3100
                        Philadelphia, PA 19103
                        (215) 599-0961

                        *Attorneys for Plaintiff*

June 19, 2007