IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TERRI LEE MEYER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-117-SLR |
| | ) | |
| | ) | |
| GEORGE O'CONNER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

The undersigned certifies that on June 21, 2007, she caused the *State Defendants' Response to Plaintiff's Request for Production of Documents and Things* to be delivered to the following person(s) in the form and manner indicated:

**Two copies by first class mail, postage prepaid, to each recipient:**

Julia M. Graff, Esquire
ACLU of Delaware
100 West 10th Street, Suite 309
Wilmington, DE  19801

Liam Y. Braber, Esquire
Christopher I. McCabe, Esquire
Jacoby Donner, P.C.
1700 Market Street, Suite 3100
Philadelphia, PA  19103

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

_____/s/ Ophelia M. Waters_____
Ophelia M. Waters, I.D. #3879
Deputy Attorney General
Carvel State Building
820 N. French Street, 6th floor
Wilmington, DE  19801
Ophelia.Waters@state.de.us

## CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2007, I have mailed by United States Postal Service, the *State Defendants' Response to Plaintiff's Request for Production of Documents and Things* to the following: Julia M. Graff, Esquire and Liam Y. Braber, Esquire.

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

/s/ Ophelia M. Waters
Ophelia M. Waters, I.D. #3879
Deputy Attorney General
820 North French Street, 6th Floor
Wilmington, Delaware 19801
(302)577-8400
Attorney for the State Defendants
ophelia.waters@state.de.us