# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TERRI LEE MEYER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-117-SLR |
| | ) | |
| | ) | |
| GEORGE O'CONNER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

The undersigned certifies that on June 22, 2007, she caused the *State Defendants' Discovery Documents;Grievance Reports, MDT Minutes and Other Documents,* Bates stamped: D01495 through D01618, to be hand delivered to Julia M. Graff, ACLU of Delaware.

Julia M. Graff, Esquire
ACLU of Delaware
100 West 10th Street, Suite 309
Wilmington, DE  19801

Liam Y. Braber, Esquire
Christopher I. McCabe, Esquire
Jacoby Donner, P.C.
1700 Market Street, Suite 3100
Philadelphia, PA  19103

                                                                    **STATE OF DELAWARE**
                                                                    **DEPARTMENT OF JUSTICE**

                                                                      /s/ Ophelia M. Waters
                                                                    Ophelia M. Waters, I.D. #3879
                                                                    Deputy Attorney General
                                                                    Carvel State Building
                                                                    820 N. French Street, 6th floor
                                                                    Wilmington, DE  19801
                                                                    Ophelia.Waters@state.de.us

### *CERTIFICATE OF SERVICE*

I hereby certify that on June 22, 2007, I have hand delivered *State Defendants' Discovery Documents; Grievance Reports, MDT Minutes and Other Documents,* Bates stamped: D01495 through D01618, to Julia M. Graff, Esquire, ACLU Delaware.

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

/s/ Ophelia M. Waters
Ophelia M. Waters, I.D. #3879
Deputy Attorney General
820 North French Street, 6th Floor
Wilmington, Delaware 19801
(302)577-8400
Attorney for the State Defendants
ophelia.waters@state.de.us