IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TERRI LEE MEYER,<br>　　　　　　　Plaintiff,<br><br>v.<br><br>PATRICK RYAN, COLLEEN<br>SHOTZBERGER, and GEORGE<br>O'CONNOR,<br>　　　　　　　Defendants. | :<br>:<br>:　No. 06-117-SLR<br>:<br>:　CIVIL ACTION<br>:<br>:<br>:<br>: |

### NOTICE OF SERVICE

The undersigned certifies that on June 25, 2007, counsel for Plaintiff Terri Lee Meyer caused her First Set of Interrogatories to be delivered to the following persons by first class mail, postage paid, and by electronic transmission:

Stuart Drowos, Esq.
Ophelia Waters, Esq.
Department of Justice
Carvel State Office Building
820 North French Street
Wilmington, DE 19801
Ophelia.Waters@state.de.us

　　　　　　　　　　　　　　　　　　ACLU FOUNDATION
　　　　　　　　　　　　　　　　　　OF DELAWARE

　　　　　　　　　　　　　　　　　　/s/ Julia M. Graff
　　　　　　　　　　　　　　　　　　Julia M. Graff, I.D. # 4708
　　　　　　　　　　　　　　　　　　100 W. 10th Street, Suite 309
　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　jgraff@acludelaware.org

　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*