IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TERRI LEE MEYER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-117-SLR |
| | ) | |
| PATRICK RYAN, COLLEEN | ) | |
| SHOTZBERGER, and GEORGE | ) | |
| O'CONNER | ) | |
| Defendants. | ) | |

To:    Julia M. Graf, Esquire          Stuart B. Drowos, Esquire
        ACLU Foundation of Delaware    Deputy Attorney General
        100 West 10th Street, Suite 309   Carvel State Building
        Wilmington, DE  19801          820 North French Street, 6th Floor
                                                            Wilmington, DE  19801

        Liam Braber, Esquire
        Jocoby Donner, P.C.
        1700 Market Street, Suite 3100
        Philadelphia, PA  19103

**<u>NOTICE OF DEPOSITION</u>**

PLEASE TAKE NOTICE that on Friday, July 20, 2007 Defendants' counsel will take the oral deposition of Terri Meyer at the Baylor's Women's Correctional Institution, 660 Baylor Boulevard , New Castle, DE  19720 at 9:30 am before a notary public or person authorized to administer oaths.  The deposition will be recorded by stenographic means.

                                                                           STATE OF DELAWARE

                                                                           DEPARTMENT OF JUSTICE

                                                                       ___/s/ Ophelia M. Waters____
                                                                       Ophelia M. Waters, (I.D. # 3879)
                                                                       Deputy Attorney General
                                                                       820 North French Street, 6th Floor
                                                                       Carvel State Building
                                                                       Wilmington, DE  19801
                                                                       (302) 577-8400
June 29, 2007                                                  ophelia.waters@state.de.us

## CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2007, I electronically filed *Notice of Deposition* with the Clerk of Court using CM/ECF.  I hereby certify that on June 29, 2007, I have mailed by United States Postal Service, the document to the following non-registered party:  Terri Meyer.

/s/ Ophelia M. Waters_
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
ophelia.waters@state.de.us