# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TERRI LEE MEYER, )<br> )<br>   Plaintiff, )<br> )<br>   v. )<br> )<br>PATRICK RYAN, COLLEEN )<br>SHOTZBERGER, and GEORGE )<br>O'CONNER )<br>   Defendants. ) | C.A. No. 06-117-SLR |

To: Julia M. Graf, Esquire     Stuart B. Drowos, Esquire
   ACLU Foundation of Delaware  Deputy Attorney General
   100 West 10th Street, Suite 309  Carvel State Building
   Wilmington, DE 19801    820 North French Street, 6th Floor
                  Wilmington, DE 19801

   Liam Braber, Esquire
   Jocoby Donner, P.C.
   1700 Market Street, Suite 3100
   Philadelphia, PA 19103

## NOTICE OF WITHDRAWAL OF DEPOSITION

PLEASE TAKE NOTICE State Defendants' counsel hereby withdraws the notice to take the Friday, July 20, 2007 oral deposition of Terri Meyer at the Baylor's Women's Correctional Institution, 660 Baylor Boulevard, New Castle, DE 19720 at 9:30 am before a notary public or person authorized to administer oaths. Defendants' counsel will re-notice the oral deposition for a place and time consistent with a revised scheduling order. The deposition will be recorded by stenographic means.

                STATE OF DELAWARE
                DEPARTMENT OF JUSTICE

                ___/s/ Ophelia M. Waters____
                Ophelia M. Waters, (I.D. # 3879)
                Deputy Attorney General
                820 North French Street, 6th Floor

                                                                           Carvel State Building  
                                                                           Wilmington, DE  19801  
                                                                           (302) 577-8400  
July 9, 2007                                                      ophelia.waters@state.de.us

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2007, I electronically filed a *Withdrawal of the Notice of Deposition* with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

>Julia M. Graff, Esquire, I.D. #4708
>ACLU of Delaware
>100 W. 10th Street, Suite 309
>Wilmington, Delaware 19801
>
>Liam Y. Braber, Esquire
>Christopher I. McCabe, Esquire
>Jacoby Donner, P.C.
>1700 Market Street, Ste. 3100
>Philadelphia, Pennsylvania 19103
>
>Stuart B. Drowos, Esquire
>Deputy Attorney General
>Carvel State Building
>820 North French Street, 6th Floor
>Wilmington, DE 19801

/s/ Ophelia M. Waters
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
ophelia.waters@state.de.us