IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TERRI LEE MEYER, | : |
| Plaintiff, | : |
| v. | : No. 06-117-SLR |
| | : CIVIL ACTION |
| PARTICK RYAN, COLLEEN SHOTZBERGER, and GEORGE O'CONNOR | : |
| Defendants. | : |

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given of the entry of the undersigned as counsel for Terri Lee Meyer in the above-captioned matter. Pursuant to Fed. R. Civ. P. 5, all further notice and copies of pleadings, papers, and other material relevant to this action should be directed to and served upon:

> Drewry N. Fennell
> American Civil Liberties Union/Foundation
> of Delaware
> 100 W. 10th Street, Suite 309
> Wilmington, DE 19801

Dated: July 23, 2007

Drewry N. Fennell (#3680)

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of July 2007, a copy of a NOTICE OF APPEARANCE was served, by electronic filing, upon:

    Stuart B. Drowos, Esquire
    Ophelia M. Waters, Esquire
    Deputy Attorneys General
    Carvel State Office Building, 6th Floor
    Wilmington, DE 19801

Drewry N. Fennell (#3689)