IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

TERRI LEE MEYER,
          *Plaintiff,*

vs.

PATRICK RYAN, Warden, Delores J. Baylor Women's Correctional Institution, COLLEEN SHOTZBERGER, Treatment Services Administrator, and GEORGE O'CONNOR, Law Librarian, in their individual and official capacities,
          *Defendants.*

NO. 06-117-SLR

## NOTICE OF SERVICE

The undersigned certifies that on July 25, 2007, counsel for Plaintiff Terri L. Meyer caused the Notice of Deposition of Patrick Ryan to be delivered to counsel for Defendants, by first class mail, postage prepaid, as follows:

Stuart B. Drowos, Esquire
Ophelia M. Waters, Esquire
Deputy Attorneys General
State of Delaware Dept. of Justice
Carvel State Office Building
820 North French Street, 6th Floor
Wilmington, DE 19801

/s/ Julia M. Graff
Julia M. Graff, Esquire (No. 4708)
Drewry N. Fennell (No. 3680)
ACLU of Delaware
100 W. 10th Street, Suite 309
Wilmington, DE 19801
Phone: (302) 654-5326, ext. 103
Fax: (302) 654-3689

/s/ Liam Y. Braber
Christopher I. McCabe, Esq.
Liam Y. Braber, Esq.
JACOBY DONNER PC
1700 Market St., Ste. 3100
Philadelphia, PA 19103
Ph. (215) 563-2400
Fax. (215) 563-2870

*Counsel for Plaintiff, Terri L. Meyer*