IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TERRI LEE MEYER,<br>    *Plaintiff,*<br><br>vs.<br><br>PATRICK RYAN, Warden, Delores J. Baylor Women's Correctional Institution, COLLEEN SHOTZBERGER, Treatment Services Administrator, and GEORGE O'CONNOR, Law Librarian, in their individual and official capacities,<br>    *Defendants* | NO. 06-117-SLR |

## NOTICE OF SERVICE

The undersigned certifies that on July 25, 2007, counsel for Plaintiff Terri L. Meyer caused the Notice of Deposition of Colleen Shotzberger to be delivered to counsel for Defendants, by first class mail, postage prepaid, as follows:

Stuart B. Drowos, Esquire
Ophelia M. Waters, Esquire
Deputy Attorneys General
State of Delaware Dept. of Justice
Carvel State Office Building
820 North French Street, 6th Floor
Wilmington, DE 19801

        /s/ Julia M. Graff
        Julia M. Graff, Esquire (No. 4708)
        Drewry N. Fennell (No. 3680)
        ACLU of Delaware
        100 W. 10th Street, Suite 309
        Wilmington, DE 19801
        Phone: (302) 654-5326, ext. 103
        Fax: (302) 654-3689

        /s/ Liam Y. Braber
        Christopher I. McCabe, Esq.
        Liam Y. Braber, Esq.
        JACOBY DONNER PC
        1700 Market St., Ste. 3100
        Philadelphia, PA 19103
        Ph. (215) 563-2400
        Fax. (215) 563-2870

        *Counsel for Plaintiff, Terri L. Meyer*