IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TERRI LEE MEYER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-117-SLR |
| | ) | |
| PATRICK RYAN, COLLEEN SHOTZBERGER, and GEORGE O'CONNER | ) ) ) | |
| Defendants. | ) | |

To: Julia M. Graf, Esquire
ACLU Foundation of Delaware
100 West 10th Street, Suite 309
Wilmington, DE 19801

Stuart B. Drowos, Esquire
Deputy Attorney General
Carvel State Building
820 North French Street, 6th Floor
Wilmington, DE 19801

Liam Braber, Esquire
Jacoby Donner, P.C.
1700 Market Street, Suite 3100
Philadelphia, PA 19103

Drewry N. Fennell, Esquire
ACLU Foundation of Delaware
100 West 10th Street, Suite 309
Wilmington, DE 19801

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that on Friday, August 10, 2007 Defendants' counsel will take the oral deposition of Terri Meyer at the Baylor Women's Correctional Institution, 660 Baylor Boulevard, New Castle, DE 19720 at 9:30 a.m. before a notary public or person authorized to administer oaths. The deposition will be recorded by stenographic means.

                                                STATE OF DELAWARE
                                                DEPARTMENT OF JUSTICE

                                                ___/s/ Ophelia M. Waters____
                                                Ophelia M. Waters, (I.D. # 3879)
                                                Deputy Attorney General
                                                820 North French Street, 6th Floor
                                                Carvel State Building
                                                Wilmington, DE  19801
                                                (302) 577-8400
July 26, 2007                                   ophelia.waters@state.de.us

## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2007, I electronically filed *Notice of Deposition* with the Clerk of Court using CM/ECF which will send notification of such filing to the following: Julia M. Graf, Esquire, Liam Braber, Esquire, Stuart B. Drowos, Esquire, and Drewry N. Fennell, Esquire. I hereby certify that on July 26, 2007, I have mailed by United States Postal Service, the document to the following non-registered party: Terri Meyer.

/s/ Ophelia M. Waters
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
ophelia.waters@state.de.us