IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TERRI LEE MEYER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-117-SLR |
| | ) |
| PATRICK RYAN, COLLEEN | ) |
| SHOTZBERGER, and GEORGE | ) |
| O'CONNOR | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

I, Stuart B. Drowos, Esquire, hereby certify that two copies of **State Defendants' First Set of Interrogatories** were served on August 17, 2007 upon the following individual by U.S. Mail:

Drewry N. Fennell, Esquire
ACLU of Delaware
100 West 10th Street, Suite 309
Wilmington, DE  19801

Liam Y. Braber, Esquire
Christopher I. McCabe, Esquire
Jacoby Donner, P.C.
1700 Market Street, Suite 3100
Philadelphia, PA  19103

**DEPARTMENT OF JUSTICE**
**STATE OF DELAWARE**

*/s/ Stuart B. Drowos*
Stuart B. Drowos (Atty. ID #427)
Ophelia M. Waters (Atty. ID # 3879)
Deputy Attorney General
820 N. French Street, 6th Floor
Wilmington, DE  19801
(302) 577-8400
Attorney for State Defendants

Dated:  August 17, 2007

## CERTIFICATE OF MAILING AND/OR DELIVERY

I hereby certify that on August 17, 2007, I electronically filed *Notice of Service* with the Clerk of the Court using CM/ECF which will send notification of such filing to the following: Drewry N. Fennell, Esq., Christopher I. McCabe, Esq. and Liam Y. Braber, Esq.

*/s/ Stuart B. Drowos*
Stuart B. Drowos (Atty ID #427)
Ophelia M. Waters (Atty ID # 3879)
Deputy Attorney General
Delaware Department of Justice
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
302-577-8400