IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TERRI LEE MEYER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | No. 06-117-SLR |
| v. | : | |
| | : | CIVIL ACTION |
| PARTICK RYAN, COLLEEN SHOTZBERGER, and GEORGE O'CONNOR | : | |
| | : | |
| Defendants. | : | |

**MOTION TO WITHDRAW AS COUNSEL OF RECORD**

COMES NOW, Julia M. Graff, counsel for the plaintiff, Terri Lee Meyer, who moves this Honorable Court for leave to withdraw as counsel of record under Rule 83.7. In support of this motion, counsel states the following:

1. That the undersigned attorney has taken other employment and is no longer practicing law in the State of Delaware;

2. That the undersigned attorney has received her client's consent to withdraw as counsel; and

3. Co-counsel for the plaintiff are: Drewry Nash Fennell, serving as local counsel; Liam Y. Braber; and Christopher I. McCabe.

WHEREFORE, counsel respectfully requests that this Court grant her leave to withdraw as counsel of record in this matter.

AMERICAN CIVIL LIBERTIES UNION/
FOUNDATION OF DELAWARE


<u>/s/ Julia M. Graff</u>
Julia M. Graff, Esq. #4708
ACLU Foundation of Delaware
100 West 10th Street, Suite 309
Wilmington, DE 19801
(302) 654-5326, ext. 103

*Attorney for Plaintiff Terri Lee Meyer*

August 20, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TERRI LEE MEYER, : | |
| : | |
| Plaintiff, : | |
| : | No. 06-117-SLR |
| : | |
| : | CIVIL ACTION |
| PARTICK RYAN, COLLEEN : | |
| SHOTZBERGER, and GEORGE : | |
| O'CONNOR : | |
| : | |
| Defendants. : | |
| _____: | |

## **ORDER**

AND NOW, TO WIT, this _____ day of _____, 2007, the foregoing **Motion to Withdraw as Counsel of Record** having been considered, it is hereby ORDERED that the motion is GRANTED.

_____
JUDGE SUE L. ROBINSON