IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TERRI LEE MEYER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-117-SLR |
| | ) |
| PATRICK RYAN, COLLEEN | ) |
| SHOTZBERGER, and GEORGE | ) |
| O'CONNOR | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

I, Stuart B. Drowos, Esquire, hereby certify that two copies of **State Defendants' Responses to Plaintiff's Interrogatories** were served on September 13, 2007 upon the following individual by U.S. Mail:

Drewry N. Fennell, Esquire
ACLU of Delaware
100 West 10th Street, Suite 309
Wilmington, DE  19801

Liam Y. Braber, Esquire
Christopher I. McCabe, Esquire
Jacoby Donner, P.C.
1700 Market Street, Suite 3100
Philadelphia, PA  19103

**DEPARTMENT OF JUSTICE
STATE OF DELAWARE**

*/s/ Stuart B. Drowos*
Stuart B. Drowos (Atty. ID #427)
Ophelia M. Waters (Atty. ID # 3879)
Deputy Attorney General
820 N. French Street, 6th Floor
Wilmington, DE  19801
(302) 577-8400
Attorney for State Defendants

Dated:  September 13, 2007

**CERTIFICATE OF MAILING AND/OR DELIVERY**

I hereby certify that on September 13, 2007, I electronically filed *Notice of Service* with the Clerk of the Court using CM/ECF which will send notification of such filing to the following: Drewry N. Fennell, Esq., Christopher I. McCabe, Esq. and Liam Y. Braber, Esq.

/s/ Stuart B. Drowos
Stuart B. Drowos (Atty ID #427)
Ophelia M. Waters (Atty ID # 3879)
Deputy Attorney General
Delaware Department of Justice
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
302-577-8400