IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TERRI LEE MEYER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-117-SLR |
| | ) | |
| PATRICK RYAN, COLLEEN | ) | |
| SHOTZBERGER, and GEORGE | ) | |
| O'CONNOR | ) | |
| Defendants. | ) | |

## SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that Deputy Attorney General Linda M. Carmichael hereby enters her appearance on behalf of Defendants Patrick Ryan, Colleen Shotzberger, and George O'Connor in place of Ophelia M. Waters and Stuart B. Drowos.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

  /s/Ophelia M. Waters
Ophelia M. Waters, ID #3879
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

  /s/Linda M. Carmichael
Linda M. Carmichael, ID #3570
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

  /s/Stuart B. Drowos
Stuart B. Drowos, ID #427
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400

Date:   September 21, 2007

**CERTIFICATE OF MAILING AND/OR DELIVERY**

The undersigned certifies that on September 21, 2007, she electronically filed the attached *Substitution of Counsel* with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

    Drewry N. Fennell, Esquire
    ACLU of Delaware
    100 West 10th Street, Suite 309
    Wilmington, DE  19801

    Christopher I. McCabe, Esquire
    Liam Y. Braber, Esquire
    Jacoby Donner, P.C.
    1700 Market Street, Suite 3100
    Philadelphia, PA  19103

    STATE OF DELAWARE
    DEPARTMENT OF JUSTICE

    /s/Linda M. Carmichael
    Linda M. Carmichael, ID #3570
    Deputy Attorney General
    Carvel State Office Building
    820 N. French Street, 6th Floor
    Wilmington, DE 19801
    (302) 577-8400