IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TERRI LEE MEYER,           : | |
|          Plaintiff,             : | |
|   v.                                  : | No. 06-117-SLR |
|                                         : | CIVIL ACTION |
| PARTICK RYAN, COLLEEN : | |
| SHOTZBERGER, and GEORGE : | |
| O'CONNOR                     : | |
|          Defendants.          : | |

NOTICE OF SERVICE OF
RESPONSE AND OBJECTIONS OF TERRI LEE MEYER
TO DEFENDANTS' FIRST SET OF REQUESTS FOR ADMISSIONS

    I hereby certify that I caused to be served on the below date Plaintiff's Response and Objections to Defendants' First Set of Requests for Admissions, via First Class mail, postage prepaid, as follows:

> Aaron Goldstein, Esq.
> Linda Carmichael, Esq.
> Ophelia M. Waters, Esq.
> Deputy Attorney General
> Delaware Department of Justice
> Carvel State Office Building
> 820 North French Street, 6th Floor
> Wilmington, DE  19801

Dated: Sept. 21, 2007

/s/ Drewry N. Fennell
Drewry N. Fennell (No. 3680)
ACLU of Delaware
100 W. 10th Street, Suite 309
Wilmington, DE 19801
Phone: (302) 654-5326, ext. 103
Fax: (302) 654-3689

/s/ Liam Y. Braber
Christopher I. McCabe, Esq.
Liam Y. Braber, Esq.
JACOBY DONNER, P.C.
1700 Market St., Suite 3100
Philadelphia, PA 19103
Phone: (215) 563-2400
Fax: (215) 563-2870

*Counsel for Plaintiff Terri L. Meyer*

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused to be filed via ECF and served electronically via ECF notice as appropriate, on the below date the attached Notice of Service of Plaintiff's Response and Objections to Defendants' First Set of Requests for Admission, and that the same may be viewed electronically via the District of Delaware website, on all parties or counsel as follows:

Aaron Goldstein, Esq.
Linda Carmichael, Esq.
Ophelia M. Waters, Esq.
Deputy Attorney General
Delaware Department of Justice
Carvel State Office Building
820 North French Street, 6th Floor
Wilmington, DE 19801

Dated: Sept. 21, 2007

/s/ Drewry N. Fennell
Drewry N. Fennell (No. 3680)
ACLU of Delaware
100 W. 10th Street, Suite 309
Wilmington, DE 19801
Phone: (302) 654-5326, ext. 103
Fax: (302) 654-3689

/s/ Liam Y. Braber
Christopher I. McCabe, Esq.
Liam Y. Braber, Esq.
JACOBY DONNER, P.C.
1700 Market St., Suite 3100
Philadelphia, PA 19103
Phone: (215) 563-2400
Fax: (215) 563-2870
*Counsel for Plaintiff Terri L. Meyer*