IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TERRI LEE MEYER,<br>                            Plaintiff,<br>v.<br>PATRICK RYAN, COLLEEN SHOTZBERGER, and GEORGE O'CONNOR,<br>                            Defendants. | No. 06-117-SLR<br><br>CIVIL ACTION<br><br>JURY TRIAL DEMANDED |

**STIPULATION AND CONSENT TO STAY PLAINTIFF'S MOTION TO COMPEL DISCOVERY, OVERRULE OBJECTIONS, AND OBTAIN LIMITED EXTRAORDINARY RELIEF (D.I. 80 AND 81).**

All parties in the above captioned action, through undersigned counsel, hereby stipulate and consent, as follows:

1. Plaintiff shall stay Plaintiff's Motion To Compel Discovery, Overrule Objections, and Obtain Limited Extraordinary Relief (D.I. 80 and 81) pending production of discovery responses by Defendants.

2. Defendants shall produce discovery responses in their entirety by October 25, 2007.

3. Counsel for Plaintiff shall inform the Court on or before October 26, 2007 as to the status of the discovery responses and whether the Motion To Compel Discovery, Overrule Objections, and Obtain Limited Extraordinary Relief (D.I. 80 and 81) shall go forward. Defendants shall have five (5) days following such notice to file any response, including any brief.

**SO ORDERED:**

Date:_____    _____
                                                        JUDGE SUE L. ROBINSON

SO STIPULATED AND AGREED BY THE PARTIES:

| PATRICK RYAN, COLLEEN SHOTZBERGER, GEORGE O'CONNOR | TERRI LEE MEYER |
|---|---|
| /s/ Linda Carmichael<br>Linda Carmichael, Esq.<br>Deputy Attorney General<br>State of Delaware Dept. of Justice<br>Carvel State Office Building<br>820 North French Street, 6th Floor<br>Wilmington, DE 19801<br>Phone: (302) 577-8400<br><br>*Counsel for Defendants,*<br>*Patrick Ryan, Colleen Shotzberger,*<br>*and George O'Connor* | /s/ Drewry N. Fennell<br>Drewry N. Fennell, Esq. (#3680)<br>ACLU of Delaware<br>100 W. 10th Street, Ste. 309<br>Wilmington, DE 19801<br>Phone: (302) 654-5326, ext. 103<br>Fax: (302) 654-3689<br><br>/s/ Liam Y. Braber<br>Christopher I. McCabe, Esq.<br>Liam Y. Braber, Esq.<br>JACOBY DONNER, P.C.<br>1700 Market St., Ste. 3100<br>Philadelphia, PA 19103<br>Phone: (215) 563-2400<br>Fax: (215) 563-2870<br><br>*Counsel for Plaintiff, Terri L. Meyer* |



American Civil Liberties Union / Foundation of Delaware
100 West 10th Street, Suite 309,
Wilmington, Delaware 19801
(302) 654-5326 Fax (302) 654-3689
aclu@acludelaware.org    www.aclu-de.org

Sidney Balick
*President ACLU Delaware*
Serena M. Williams
*Vice President*
Anne M. Farley
*Second Vice President*
Judith E. Mellen
*Secretary*
Joan L. Rosenthal
*Assistant Secretary*
Grace E. Messner
*Treasurer*
Gilbert J. Sloan
*President ACLF Delaware*
Joan D. Kandler
*Treasurer ACLF*
Alice E. Eakin
*Affirmative Action Officer*

*Board of Directors*
John F. Abel, Jr.
Max S. Bell, Jr.
Timothy F. Brooks
Cecilia M. Cardesa-Lusardi
Alicia Clark
Nancy D. Dean
Joan DelFattore
Bernice M. Edwards
Helen K. Foss
Alan E. Garfield
Zaida I. Guajardo
Lawrence A. Hamermesh
Jeanne M. Hanson
Selma Hayman
Frederick W. Iobst
Phyllis Levitt
Elizabeth M. McGeever
Norman M. Monhait
Paulette Sullivan Moore
Joy Mulholland
Joseph S. Naylor
Darryl A. Parson
Jeffrey A. Raffel
Carl Schnee
Warren A. Scott
Sonia S. Sloan
Peggy E. Strine
Randy Tiffany
Leland B. Ware
Eric Wilensky

*Advisory Board*
Gary W. Aber
Mashoor I. Awad
Victor F. Battaglia, Sr.
Sam Beard
Henry H. Beckler
Richard G. Elliott, Jr.
Kathi A. Karsnitz
Bangalore T. Lakshman
Penny Marshall
John E. Osborn
B. Wilson Redfearn
Scott Reid
Joseph A. Rosenthal
Carolyn Walker

Drewry Nash Fennell, Esq.
*Executive Director*

September 27, 2007

The Honorable Sue L. Robinson
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Room 6124
Lockbox 31
Wilmington, DE 19801

    Re:    **Meyer v. Ryan, et al.**
             **C.A. No. 06-117-SLR**

Dear Judge Robinson:

    Counsel for Plaintiff and Defendants in the above-captioned matter have agreed to stay the Motion to Compel Discovery, Overrule Objections, and Obtain Limited Extraordinary Relief (D.I. 80 and 81) pending production of discovery responses by Defendants by October 25, 2007. Counsel for Plaintiff shall inform the Court on or before October 26, 2007 as to the status of the discovery responses and whether the Motion To Compel Discovery, Overrule Objections, and Obtain Limited Extraordinary Relief (D.I. 80 and 81) shall go forward.

Sincerely,

Drewry N. Fennell, Esq.

*Counsel for Plaintiff, Terri Lee Meyer*

Enclosure

*Protecting the Civil Liberties of Delawareans Since 1961*