

American Civil Liberties Union / Foundation of Delaware
100 West 10th Street, Suite 309,
Wilmington, Delaware 19801
(302) 654-5326 Fax (302) 654-3689
aclu@acludelaware.org   www.aclu-de.org

Sidney Balick
*President ACLU Delaware*
Serena M. Williams
*Vice President*
Anne M. Farley
*Second Vice President*
Judith E. Mellen
*Secretary*
Joan L. Rosenthal
*Assistant Secretary*
Grace E. Messner
*Treasurer*
Gilbert J. Sloan
*President ACLF Delaware*
Joan D. Kandler
*Treasurer ACLF*
Alice E. Eakin
*Affirmative Action Officer*

*Board of Directors*
John F. Abel, Jr.
Max S. Bell, Jr.
Timothy F. Brooks
Cecilia M. Cardesa-Lusardi
Alicia Clark
Nancy D. Dean
Joan DelFattore
Bernice M. Edwards
Helen K. Foss
Alan E. Garfield
Zaida I. Guajardo
Lawrence A. Hamermesh
Jeanne M. Hanson
Selma Hayman
Frederick W. Iobst
Phyllis Levitt
Elizabeth M. McGeever
Norman M. Monhait
Paulette Sullivan Moore
Joy Mulholland
Joseph S. Naylor
Darryl A. Parson
Jeffrey A. Raffel
Carl Schnee
Warren A. Scott
Sonia S. Sloan
Peggy E. Strine
Randy Tiffany
Leland B. Ware
Eric Wilensky

*Advisory Board*
Gary W. Aber
Mashoor I. Awad
Victor F. Battaglia, Sr.
Sam Beard
Henry H. Beckler
Richard G. Elliott, Jr.
Kathi A. Karsnitz
Bangalore T. Lakshman
Penny Marshall
John E. Osborn
B. Wilson Redfearn
Scott Reid
Joseph A. Rosenthal
Carolyn Walker

Drewry Nash Fennell, Esq.
*Executive Director*

October 25, 2007

The Honorable Sue L. Robinson
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Room 6124
Lockbox 31
Wilmington, DE 19801

Re:   Meyer v. Ryan, et al.   C.A. No. 06-117-SLR

Dear Judge Robinson:

Plaintiff submits this status letter in accord with This Court's Order and the Parties' Stipulation Staying Plaintiff's Motion to Compel Discovery, Overrule Objections, and Obtain Limited Extraordinary Relief (D.I. 80, 81, and 84), reporting Defendants' attempts to comply with requests that were the subject of Plaintiff's Motion to Compel.

Defendants' efforts to comply continue and certain additional documents have been produced. However, certain electronic documents are being prepared but have not yet been produced and cannot likely be produced by the stipulated date of October 26, 2007. In addition, certain settlement discussions have been opened.

Accordingly, Plaintiff has agreed to continue the stay for an additional 30 days, until November 26, 2007. The terms of the Court's Stipulated Order shall remain in effect, and counsel for Plaintiff shall inform the Court on or before that date as to the status of Defendants' efforts to comply with requests that were the subject of the Motion and whether the Motion shall go forward, after which Defendants shall have five (5) days to file any response.

Thank you for your courtesy in this matter. Of course, all counsel are available for a conference on this matter at the Court's convenience. Defendants' counsel is copied on this letter.

Respectfully,

Drewry N. Fennell, Esq.
For the ACLU of Delaware
*Counsel for Plaintiff, Terri Lee Meyer*

cc:   Linda Carmichael, Esq. (fax and regular mail)
      Liam Y. Braber, Esq. (regular mail)
      Terri L. Meyer (regular mail)