IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TERRI LEE MEYER, | : | |
| Plaintiff, | : | No. 06-117-SLR |
| v. | : | |
| | : | CIVIL ACTION |
| PATRICK RYAN, COLLEEN SHOTZBERGER, and GEORGE O'CONNER, | : | JURY TRIAL DEMANDED |
| Defendants. | : | |

**STIPULATION AND ORDER OF DISMISSAL**
**ADDENDUM B TO SETTLEMENT AGREEMENT**

All parties in the above captioned action, through undersigned counsel, hereby stipulate to dismiss the above referenced matter with prejudice and state as follows:

1. In accord with the Parties' Settlement Agreement, executed concurrently with this Stipulation of Dismissal, it is hereby stipulated and agreed, without admission of liability, that Defendants, and each of them, shall refrain from retaliation against Plaintiff Terri L. Meyer and shall follow all State and Federal law applicable to protection of inmate legal efforts and to preserving the right of inmate access to the Courts.

2. The above-captioned civil action shall be marked SETTLED, DISMISSED WITH PREJUDICE, as appropriate, and CLOSED by the Clerk of the Courts. The Court maintains jurisdiction to enforce the Parties' Settlement Agreement as necessary by petition of the parties.

**SO ORDERED AND APPROVED:**

Date:_____        _____
                            **SUE L. ROBINSON, CHIEF JUDGE**

**SO STIPULATED AND AGREED BY THE PARTIES:**

**TERRI L. MEYER, WCI Inmate**

Name: _____

Date: _____

**PATRICK J. RYAN, Warden**
**Delores J. Baylor Women's Correctional Institution**

*/s/ Patrick J Ryan*
Name:

Date: 3-4-'08

**COLLEEN SHOTZBERGER, Treatment Services Administrator, Delores J. Baylor Women's Correctional Institution**

*/s/ Colleen J. Shotzberger*
Name:

Date: 03/04/08

**GEORGE O'CONNOR, Librarian**
**Delores J. Baylor Women's Correctional Institution**

*/s/ George P. O'Connor*
Name:

Date: 3/4/08

**SO STIPULATED AND AGREED BY THE PARTIES:**

| | |
|---|---|
| **TERRI L. MEYER, WCI Inmate** | **PATRICK J. RYAN, Warden**<br>Delores J. Baylor Women's Correctional Institution |
| Name: *[signature: Terri J. Meyer]* | Name: _____ |
| Date: 2/28/08 | Date: _____ |
| **COLLEEN SHOTZBERGER, Treatment Services Administrator, Delores J. Baylor Women's Correctional Institution** | **GEORGE O'CONNOR, Librarian**<br>Delores J. Baylor Women's Correctional Institution |
| Name: _____ | Name: _____ |
| Date: _____ | Date: _____ |

STATE OF DELAWARE
/s/Linda Carmichael
Linda M. Carmichael, Esquire (#3570)
Deputy Attorney General
Delaware Dept. of Justice
820 North French Street, 6th Floor
Wilmington, DE 19801
Phone: (302) 577-8400
Fax: (302) 577-6630
*Counsel for Defendants,*
*George O'Connor, Patrick Ryan, and*
*Colleen Shotzberger*

ACLU OF DELAWARE
/s/ Drewry N. Fennell
Drewry N. Fennell, Esquire
ACLU of Delaware
100 W. 10th Street, Suite 309
Wilmington, DE 19801
Phone: (302) 654-5326
Fax: (302) 654-3689
        and
JACOBY DONNER, P.C.
/s/Liam Y. Braber
Christopher I. McCabe, Esq.
Liam Y. Braber, Esq.
1700 Market St., Ste. 3100
Philadelphia, PA 19103
Ph. (215) 563-2400
Fax. (215) 563-2870

*Counsel for Plaintiff, Terri L. Meyer*